ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Jennifer Cardenas Becerril

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JENNIFER CARDENAS BECERRIL,<br><br>                    Defendant. | Case No.: 1:13-cr-00246-AWI-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXLCUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §3161] - DENIAL** |

   The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current status hearing of Monday, February 24, 2014, at 1:30 p.m. be continued to Monday, April 7, 2014, at 1:30 p.m.  The reason for this continuance is that defense counsel is in the process of reaching an agreement with the Assistant United States Attorney.  Defense counsel has just been provided a new proposed plea agreement on February 20 that needs to be reviewed, evaluated and presented to the defendant.  For the factual reason above, the parties agree that the time between February 24, 2014 and April 7, 2014 shall be excludable from the Speedy Trial Act requirements of Title 18,  United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

     The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to April 7, 2014 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the status

conference to April 7, 2014 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date:  February 21, 2014

          /s/Robert W. Lyons
Robert W. Lyons
Attorney for Jennifer Cardenas Becerril

Date:  February 21, 2014

          /s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

The Stipulation is DENIED as untimely.

IT IS SO ORDERED.

Dated:  **February 24, 2014**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE