BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JENNIFER CARDENAS-BECERRIL,<br><br>            Defendant. | CASE NO. 1:13-CR-00246 AWI<br><br>ORDER PERMITTING GOVERNMENT TO FILE SENTENCING MEMORANDUM UNDER SEAL<br><br>DATE: June 23, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its sentencing memorandum under seal until further order of the Court, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   June 18, 2014                          _____
                                                                      SENIOR DISTRICT JUDGE

ORDER PERMITTING GOVERNMENT TO FILE
SENTENCING MEMORANDUM UNDER SEAL

1