ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Jennifer Cardenas Becerril



FILED

APR 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00246-AWI-BAM-1 |
| Plaintiff, | **STIPULATION AND ORDER EXONERATING BOND** |
| vs. | |
| JENNIFER CARDENAS BECERRIL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JENNIFER CARDENAS BECERRIL, that the bond posted to secure Ms. Becerril's pretrial release may be exonerated and the property used to secure her bond may be reconveyed to the sureties.

On June 10, 2013, the magistrate judge Sheila K. Oberto ordered Ms. Becerril released on a $15,000 cash bond with pretrial conditions as read into the record to include the surrender of Defendant's passport. The defendant's mother and brother agreed to be the defendant's third party custodians. Her brother, Giovanni Cardenas Becerril posted $15,000 collateral (receipt number CAE100022716) on June 12, 2013 and signed a statement of ownership of the cash bond on June 12, 2013 for docket number 1:13-mj-00117. Ms. Becerril was subsequently released. A judgement was entered in this case on June 27, 2014 and Ms. Becerril was

STIPULATION AND ORDER TO EXONERATE BOND - 1

sentenced to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 49 months. Ms. Becerril remains in federal custody at Victorville Medium II FCI and is currently serving the 49-month sentence this Court imposed in June 2014.

In light of the above, the parties agree that the bond may be exonerated.

Date: April 6, 2015

/s/Robert W. Lyons
Robert W. Lyons
Attorney for Jennifer Cardenas Becerril

Date: April 6, 2015

/s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

**IT IS SO ORDERED.**

Date: April 7, 2015

Anthony W. Ishii
Senior United States District Judge